JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NATHANIEL JONES, | Case No. CV 14-06420-DTB |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| VENTURA COUNTY SHERIFF'S OFFICE/GEOFF DEAN, SHERIFF, | |
| Respondent. | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: April 29, 2016

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE